IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CARLOS ROBERTO FLORES RIVERA, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:25-cv-384-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER, *et al.,* | * | |
| Respondents. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 2, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 2nd day of December, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk